IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-201-AP**

**TAMMY L. EVANS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to File Amended Response Brief (doc. #17), filed July 1, 2008, is GRANTED. Defendant's Response Brief (Amended) (doc. #16), is accepted as filed.

Dated: July 2, 2008